HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DYLAN GUY SPITLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00014-MJS |
|---|---|---|
| Plaintiff, | ) ) | MOTION TO VACATE SEPTEMBER 20, 2016 REVIEW HEARING; ORDER |
| vs. | ) ) | |
| DYLAN GUY SPITLER, | ) ) | |
| Defendant. | ) ) | |

Defendant Dylan Guy Spitler hereby requests that the Court vacate the September 20, 2016 review hearing, as Mr. Spitler is in full compliance with the terms of his probation.

On October 20, 2015, the Court sentenced Mr. Spitler to eighteen months of unsupervised probation (commencing April 7, 2015), with the conditions that he obey all laws, pay a $2,000 fine, advise the Court and prosecutor within seven days of being cited or arrested for any alleged violation of law, and attend Narcotics Anonymous once a week for twelve months.  Mr. Spitler has complied with all conditions of probation.

The government is in agreement with this request.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 30, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
DYLAN GUY SPITLER

## **O R D E R**

Based on the parties' joint representation that Mr. Spitler has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for September 20, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 31, 2016          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

Spitler: Motion to
Vacate Review Hearing